■ PETER BOMBOY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 40528.) WARREN BOMBOY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 40529.) — MEMORANDUM BY THE COURT. The appli-

cation was denied upon the evident misapprehension that it was made more than one year after service of a copy of the order of dismissal (CPLR 5015, subd. [a], par. 1), the order having been entered September 10, 1963 and appellant asserting without contradiction that the copy served upon him was mailed on September 16, 1963 and received at his office on September 17, 1963. The claim, except as to the assault cause of action, seems to have been timely filed (*Tierney* v. *State of New York*, 266 App. Div. 434, affd. 292 N. Y. 523). Order reversed, on the law and the facts, with costs to appellant; and motion granted, with costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.